UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>W. L. MUNIZ, et al.,<br><br>    Defendants. | Case No.  14-cv-03753-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 14 |

GOOD CAUSE APPEARING, defendants' request for a sixty-day extension of time to file a dispositive motion is hereby GRANTED.  The deadline for defendants to file a dispositive motion is CONTINUED to **June 8, 2015**.  Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed.  Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated:   3/26/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge