UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

        Plaintiff,

    v.

W. L. MUNIZ, et al.,

        Defendants.

Case No.  14-cv-03753-HSG (PR)

**ORDER GRANTING PLAINTIFF LEAVE TO SERVE ADDITIONAL INTERROGATORIES**

Re: Dkt. No. 19

United States District Court
Northern District of California

      Plaintiff has filed a motion for leave to serve an additional 21 interrogatories on defendant C. Martella.  Dkt. No. 19.  Plaintiff attaches the proposed interrogatories to his motion.  *See id.* Defendants have filed a response stating that they do not oppose the motion but seek an additional thirty days to respond to the interrogatories.  Dkt. No. 21.  Accordingly, plaintiff's motion is GRANTED.  The interrogatories are deemed served, and defendant C. Martella is directed to respond to the interrogatories within **thirty (30)** days from the date of this order.

      This order terminates Docket No. 19.

      **IT IS SO ORDERED.**

Dated:  6/10/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge