UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>W. L. MUNIZ, et al.,<br><br>    Defendants. | Case No. 14-cv-03753-HSG (PR)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 41 |

    Defendants' motion for an extension of time to oppose plaintiff's motions to compel is DENIED as moot, plaintiff having withdrawn his motions to compel. *See* Dkt. No. 44.

    This order terminates Docket No. 41.

    **IT IS SO ORDERED.**

Dated: 7/10/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge