UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>W. L. MUNIZ, et al.,<br><br>    Defendants. | Case No. 14-cv-03753-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 77 |

GOOD CAUSE APPEARING, plaintiff's motion for an extension of time to file a reply to defendants' oppositions to plaintiff's motions to compel is GRANTED. Plaintiff shall file his reply by **October 13, 2015**.

This order terminates Docket No. 77.

**IT IS SO ORDERED.**

Dated: 10/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge