UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. L. MUNIZ, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03753-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 81 |

　　　　Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss and for summary judgment is GRANTED.  Plaintiff shall file his opposition no later than **December 11, 2015**.  Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

　　　　This order terminates Docket No. 81.

　　　　**IT IS SO ORDERED.**

Dated: 10/20/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge