UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. L. MUNIZ, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03753-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 88 |

Good cause appearing, Plaintiff's second motion for an extension of time to file an opposition to Defendants' motion to dismiss and for summary judgment is GRANTED.  Plaintiff shall file his opposition no later than **January 29, 2016**.  Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 88.

**IT IS SO ORDERED.**

Dated: 12/2/2015

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge