UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>W. L. MUNIZ, et al.,<br><br>    Defendants. | Case No. 14-cv-03753-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 95 |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a reply to plaintiff's opposition to defendants' motion to dismiss and for summary judgment is GRANTED.  Defendants shall file their reply by **February 2, 2016**.

This order terminates Docket No. 95.

**IT IS SO ORDERED.**

Dated: 1/12/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge