UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

    Plaintiff,

  v.

W. L. MUNIZ, et al.,

    Defendants.

Case No. 14-cv-03753-HSG (PR)

**ORDER GRANTING REQUEST TO FILE EXCESS PAGES**

Re: Dkt. No. 90

    Good cause appearing, plaintiff's request to file excess pages as part of his opposition to defendants' motion for summary judgment is GRANTED.  Plaintiff's January 4, 2016 opposition is accepted for filing.

    This order terminates Docket No. 90.

    **IT IS SO ORDERED.**

Dated: 1/12/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge