KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
BRYAN KAO
Deputy Attorney General
State Bar No. 240242
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5564
  Fax:  (415) 703-5843
  E-mail:  Bryan.Kao@doj.ca.gov
*Attorneys for Defendants*
*S. Hatton, E. Medina, W. L. Muniz, R. Mojica, C. Martella and C. Barela*

Ronald F. Martinez
CDCR No. T-86494
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960

*Plaintiff in Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD F. MARTINEZ,** | C 14-03753 HSG (PR) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **W. L. MUNIZ, et al.,** | |
| Defendants. | |

    Plaintiff Ronald F. Martinez and Defendants Hatton, Medina, Muniz, Martella, Mojica, and Barela have resolved this case in its entirety.  In accordance with their settlement agreement and

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice.  The filing of this stipulation automatically terminates this action.

    Each party shall bear their own costs in connection with this action.

    It is so stipulated.

Dated: 9/13/2016

/s/ Ronald Martinez
Ronald Martinez (T-86494)
*Plaintiff in Pro Se*

Dated: 9/13/16

/s/ Bryan Kao
Bryan Kao
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants S. Hatton, E. Medina, W. L. Muniz, R. Mojica, C. Martella and C. Barela*

**IT IS SO ORDERED:**

Dated: September 16, 2016

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

SF2015400110
20894767.doc